**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
__Southern District of Texas__

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | **Armadillo Pizza, LLC d/b/a Crust Pizza Co.** | |
| 2. All other names debtor used in the last 8 years  Include any assumed names, trade names, and *doing business as* names | **Crust Pizza Co.** | |
| 3. Debtor's federal Employer Identification Number (EIN) | **8 8 – 2 5 3 5 3 4 3** | |
| 4. Debtor's address | **Principal place of business**  _____  **28607 Pinnacle Point Place**  Number     Street  **Spring, TX 77386**  City         State     ZIP Code  **Montgomery**  County | **Mailing address, if different from principal place of business**  **c/o Lloyd Lim Kean Miller**  **711 Louisiana ST.**  Number     Street  **Houston, TX 77002**  City         State     ZIP Code  **Location of principal assets, if different from principal place of business**  **4625 Kingwood Drive**  Number     Street  **Kingwood, TX 77345**  City         State     ZIP Code |
| 5. Debtor's website (URL) | https://www.crustpizzaco.com/locations/TX/kingwood-docks | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  **Armadillo Pizza, LLC d/b/a Crust Pizza Co.**  Case number *(if known)* _____
      Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☑ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>  **7  2  2  5** |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. *Check all that apply:*<br>    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>    ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.<br>    ☐ A plan is being filed with this petition.<br>    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____  When _____  Case number _____<br>                                MM / DD / YYYY<br>        District _____  When _____  Case number _____<br>                                MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☐ No<br>☑ Yes.<br>  Debtor **Armadillo Pizza College Station LLC d/b/a Crust Pizza Co.**  Relationship **Business Relationship**<br>  District **Southern District of Texas**  When _____<br>                                                         MM / DD / YYYY<br>  Case number, if known _____ |

Debtor  **Armadillo Pizza, LLC d/b/a Crust Pizza Co.**            Case number *(if known)* _____
        Name

| | | |
|---|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. **Why does the property need immediate attention?** *(Check all that apply.)* ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ ☐ It needs to be physically secured or protected from the weather. ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). ☐ Other _____ **Where is the property?** _____ Number  Street _____ City                                State    ZIP Code **Is the property insured?** ☐ No ☐ Yes.  Insurance agency _____ Contact name _____ Phone _____ | |

### Statistical and administrative information

| | | | |
|---|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:* ☑ Funds will be available for distribution to unsecured creditors. ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | | |
| **14. Estimated number of creditors** | ☑ 1-49  ☐ 50-99 ☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000  ☐ 5,001-10,000 ☐ 10,001-25,000 | ☐ 25,001-50,000  ☐ 50,000-100,000 ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000 ☐ $50,001-$100,000 ☑ $100,001-$500,000 ☐ $500,001-$1 million | ☐ $1,000,001-$10 million ☐ $10,000,001-$50 million ☐ $50,000,001-$100 million ☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion ☐ $1,000,000,001-$10 billion ☐ $10,000,000,001-$50 billion ☐ More than $50 billion |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page **3**

Debtor __Armadillo Pizza, LLC d/b/a Crust Pizza Co.__   Case number *(if known)* _____
     Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __2/17/2026 | 7:13:20 PM CST__
     MM/ DD/ YYYY

X __/s/ Chuck Vieau__       **Charles M. Vieau**
Signature of authorized representative of debtor       Printed name

Title __**Owner/Manager**__

**18. Signature of attorney**

X __/s/ Lloyd A. Lim__       Date __02/17/2026__
Signature of attorney for debtor       MM/ DD/ YYYY

__Lloyd A. Lim__
Printed name

__Kean Miller LLP__
Firm name

__711 Louisiana St. Suite 1800__
Number    Street

__Houston__       __TX__    __77002__
City       State    ZIP Code

__713-844-3000__       __Lloyd.Lim@keanmiller.com__
Contact phone       Email address

__24056871__       __Texas__
Bar number       State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Armadillo Pizza, LLC d/b/a Crust Pizza Co.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | United Community Bank  125 E. Broad St.  Greenville, SC 29601 | dturbyfill@dntlaw.com | Loan | | $836,514.09 | $141,000.00 | $695,514.09 |
| 2 | Freedom Capital Funding, Inc.  17322 Lyric Way  Tomball, TX 77377 | | Loan | | $153,000.00 | $1,000.00 | $153,000.00 |
| 3 | Kingwood Retail Partners, LTD  Attn: Hattie Parker  2410 Polk Street 200  Houston, TX 77003 | HattieP@LovettCommercial.com | Unpaid rent on commercial lease | | | | $37,058.50 |
| 4 | Parafin, Inc.  301 Howard Street Suite 1500  San Francisco, CA 94105 | | Loan | | $34,000.00 | $1,000.00 | $34,000.00 |
| 5 | Texas Comptroller of Public Accounts  Po Box 13528  Austin, TX 78711-3528 | | Sales Taxes | | | | $20,163.00 |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor    **Armadillo Pizza, LLC d/b/a Crust Pizza Co.**                        Case number *(if known)* _____
_____Name_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Armadillo Pizza, LLC d/b/a Crust Pizza Co.** |
| United States Bankruptcy Court for the: | **Southern District of Texas** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐  *Amended Schedule* _____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  2/17/2026 | 7:13:20 PM CST
           MM/ DD/ YYYY

X *Chuck Vieau*
C3205925F301476...
Signature of individual signing on behalf of debtor

**Charles M. Vieau**
Printed name

**Owner/Manager**
Position or relationship to debtor

Official Form B202     **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:                                                                   CHAPTER 11

**Armadillo Pizza, LLC d/b/a Crust Pizza Co.**

DEBTOR(S)                                                             CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Charles M. Vieau**<br>28607 Pinnacle Point Place<br>Spring, TX 77386 | | 51% | Ownership |
| **Robin O. Vieau**<br>28607 Pinnacle Point Place<br>Spring, TX 77386 | | 49% | Ownership |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**Owner/Manager**_____ of the _____**Nonpublic Corporation**_____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 2/17/2026 | 7:13:20 PM CST           Signature: *Chuck Vieau*
                                                                                      C3205925F301476...
                                                                               *Charles M. Vieau, Owner/Manager*

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Texas

**In re**   Armadillo Pizza, LLC d/b/a Crust Pizza Co.

Case No. _____

**Debtor**

Chapter _____**11**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................................ **$12,500.00**

   Prior to the filing of this statement I have received ................................................................. **$12,500.00**

   Balance Due ................................................................................................................................ **$0.00**

2. The source of the compensation paid to me was:

   ☐ Debtor        ☑ Other (specify)   The Debtor paid $6,250.00, and Charles Vieau paid $6,250.00

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/25)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

__**02/17/2026**__  /s/ Lloyd A. Lim
*Date*

Lloyd A. Lim
*Signature of Attorney*

Kean Miller LLP
711 Louisiana St.
Suite 1800
Houston, Texas 77002
Phone: 713-844-3000

__**Kean Miller LLP**__
*Name of law firm*

# WRITTEN CONSENT & RESOLUTIONS

## of the

## OWNERS OF ARMADILLO PIZZA, LLC

### February 17, 2026

The undersigned, constituting the owners and members (the "Owners") of Armadillo Pizza, LLC (the "Company"), hereby consent in writing (the "Consent") to and approve the Resolutions set forth herein, and each and every action effected thereby. This Consent may be executed in counterparts, each of which shall be deemed an original, and all of which, taken together shall constitute one instrument. A copy of this Consent signed and delivered by telecopy, email, or facsimile transmission shall be considered an original.

### VOLUNTARY PETITION FOR RELIEF UNDER CHAPTER 11 OF TITLE 11 OF THE UNITED STATES CODE

**WHEREAS**, the Owners have considered the Company's assets, liabilities, liquidity, the strategic alternatives available to the Company, offers to sell the Company or its assets, and the impact of the forgoing on the Company's business; and

**WHEREAS**, the Owners, upon the advice of professionals, has determined that it is advisable and in the best interests of the Company, its creditors, and other interested parties that the Company file a voluntary petition for bankruptcy (the "Petition") in the United States Bankruptcy Court for the Southern District of Texas, Houston Division (the "Bankruptcy Court"), under the provisions of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), in such form and at such time as the officers of the Company shall determine, which shall initiate a bankruptcy case for the Company under Chapter 11 of the Bankruptcy Code (the "Bankruptcy Case").

**NOW, THEREFORE, BE IT RESOLVED**, that Charles M. Vieau ("Mr. Vieau") is authorized to execute the Petition and empowered, on behalf of and in the name of the Company, to take such further actions to cause the filing of the Bankruptcy Case;

**RESOLVED FURTHER**, that the Owners, and/or Mr. Vieau are authorized, and empowered, on behalf of and in the name of the Company to employ and retain the law firm of Kean Miller LLP ("KM") as bankruptcy counsel for the Company in the Bankruptcy Case. KM shall represent and assist the Company in carrying out its respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, and, in connection therewith, the Owners are authorized and directed to execute an appropriate retention agreement, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of KM. To the extent that the appropriate retention agreement has been executed and retainers paid, the Company hereby retroactively approves same;

**RESOLVED FURTHER**, that the Owners, and/or Mr. Vieau, are authorized and empowered, on behalf of and in the name of the Company, to employ and retain such further legal,

financial, accounting and bankruptcy services firms (together with KM, collectively the "Professionals") as may be deemed necessary or appropriate by the Officer(s) of the Company, including, without limitation, Mr. Vieau, for the Bankruptcy Case and, in connection therewith, are authorized and directed to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain services of such Professionals;

**RESOLVED FURTHER**, that the Owners, and/or Mr. Vieau, are authorized, and empowered, on behalf of and in the name of the Company, to obtain debtor-in-possession financing to pay for operational expenses of the Company, including all fees incurred by Professionals in the Bankruptcy Case (if necessary);

**RESOLVED FURTHER**, that the Owners are authorized, and empowered, on behalf of and in the name of the Company, to appoint and shall appoint Mr. Vieau as the acting Operating Manager and Corporate Representative of the Company for the Bankruptcy Case;

**RESOLVED FURTHER**, that Mr. Vieau, as acting Operating Manager and Corporate Representative of the Company for the Bankruptcy Case, in connection therewith, is authorized and directed to verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents, including, without limitation, all petitions, applications to employ and retain all Professionals, and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case;

**RESOLVED FURTHER**, that all acts lawfully done, or actions lawfully taken by the Owners, including Mr. Vieau, or any Professional to seek relief on behalf of the Company under the Bankruptcy Code or in connection with the Bankruptcy Case, or any matter or proceeding related thereto, be, and hereby are, adopted, ratified, confirmed, and approved in all respects as the acts and deeds of the Company;

**RESOLVED FURTHER**, that the Owners, including Mr. Vieau, are authorized, and empowered, with full power of delegations, for and in the name and on behalf of the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to, discussed in or related to the matter referred to in the foregoing resolutions; and

**RESOLVED FURTHER**, that any and all actions of the Owners, including Mr. Vieau, taken prior to the date hereof to (a) carry out the purposes of the foregoing resolutions and the transactions contemplated thereunder, and (b) take any such action to constitute conclusive evidence of the exercise of such discretionary authority, be and hereby are ratified, approved, and confirmed in all respects.

## **GENERAL IMPLEMENTING AUTHORITY**

**RESOLVED**, that the Owners, including Mr. Vieau, are authorized, and empowered, with power of full delegation, on behalf of and in the name of the Company (a) to operate the business of and conduct business for and on behalf of the Company during the course of the Bankruptcy Case, and (b) to execute, verify, and/or file, or cause to be filed and/or executed or verified (or direct others to do so on the Company's behalf as provided herein) all necessary documents,

including, without limitation, all petitions, applications to employ and retain all assistance by legal counsel, accountants, or other Professionals and to take any and all action that they deem necessary and proper in connection with the Bankruptcy Case; and

**RESOLVED FURTHER**, that the Owners, including Mr. Vieau, are authorized, and empowered, for and in the name and on behalf of the Company to take or cause to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed and delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses, as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[*Signatures on Following Page.*]

      IN WITNESS WHEREOF, the undersigned, being the Owners have executed this consent as of February 17, 2026.

Signed by:

*Chuck Vieau*

C3205925F301476...

Charles M. Vieau,
Managing Member of
Armadillo Pizza, LLC

Signed by:

6EFA50B2A187406...

Robin O. Vieau,
Managing Member of
Armadillo Pizza, LLC

Page 4 of 4